| | |
|---|---|
| 1 | RODNEY M. HUDSON (SBN #189363) |
| | rodney.hudson@dbr.com |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, CA 94105-2235 |
| | Telephone: (415) 591-7500 |
| 4 | Facsimile: (415) 591-7510 |
| 5 | Attorneys for Defendants |
| | BAYER HEALTHCARE |
| 6 | PHARMACEUTICALS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MOORE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KATHRYN C MOORE AND ALL LEGAL BENEFICIARIES, <br><br>Plaintiffs, <br><br>v. <br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER SCHERING PHARMA AG; GE HEALTHCARE, INC.; GE HEALTHCARE AS; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC., <br><br>Defendants. | Case No. CV 10 3181 EMC <br><br>**STIPULATION OF PLAINTIFF AND DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC. TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING** ; ORDER |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, and based on the agreement between counsel for Plaintiff David Moore, individually and on behalf of the estate of Kathryn Moore and all legal beneficiaries, and Defendant Bayer Healthcare Pharmaceuticals, Inc., it is hereby stipulated as follows:

The parties agree that the period of time within which Defendant Bayer Healthcare Pharmaceuticals, Inc. may answer or otherwise respond to the Complaint is extended until after

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. OF PLAINTIFF AND BHCP, INC. TO EXTEND
TIME FOR BHCP TO FILE A RESPONSIVE PLEADING
SF01/ 701145.1

CASE NO. CV 10 3181 EMC

1   the case is transferred to *In Re: Gadolinium Based Contrast Agents Products Liability Litigation*,
2   MDL No. 1909, Case No. 1:09-gd-50000-DAP ("MDL"), pending in the United States District
3   Court of the Northern District of Ohio. Upon transfer, Defendant Bayer Healthcare
4   Pharmaceutical, Inc.'s obligation to file a responsive pleading will be governed by Case
5   Management Order No. 5 issued in the MDL.

Dated: August 11, 2010                              DRINKER BIDDLE & REATH LLP

                                                    By:/s/ Rodney M. Hudson
                                                        Rodney M. Hudson

                                                    Attorneys for Defendants
                                                    BAYER HEALTHCARE
                                                    PHARMACEUTICALS, INC.

Dated: August 11, 2010                              LEVIN SIMES KAISER & GORNICK LLP

                                                    By: /s/ Laura Brandenberg (with permission)
                                                        Laura Brandenberg

                                                    ATTORNEYS FOR PLAINTIFF DAVID
                                                    MOORE, INDIVIDUALLY AND ON
                                                    BEHALF OF THE ESTATE OF KATHRYN
                                                    MOORE AND ALL LEGAL
                                                    BENEFICIARIES

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. OF PLAINTIFF AND BHCP, INC. TO EXTEND
TIME FOR BHCP TO FILE A RESPONSIVE PLEADING    - 2 -    CASE NO. CV 10 3181 EMC
SF01/ 701145.1